1

2

IN THE UNITED STATES DISTRICT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

**E-Filing**

* * * * * * *

3

UNITED STATES OF AMERICA,

4                                  Plaintiff,

5   vs

6   SALVATORE ASSARO

                                  Defendant.

7

Case No. CR 07-0048 MMC

ORDER FOR
VOLUNTARY SURRENDER

8

9

10

    Defendant has requested permission to report voluntarily, at defendant's own
expense, to the federal institution designated by the Bureau of Prisons for service of
defendant's sentence:

11          IT IS HEREBY ORDERED THAT:

12

13

    (1)    A stay of execution of defendant's sentence is GRANTED on the conditions
set forth below, and during the period of the stay, Defendant shall remain at large on
Defendant's present cognizance.

14

15

16

    (2)    Defendant shall immediately report to the United States Marshal's Office,
Room 20006, 450 Golden Gate Avenue, San Francisco, for further instructions, which
Defendant shall follow precisely.

17

18

19

    (3)    As Notified by the United States Marshal, the Defendant shall report to the
federal institution designated by the Bureau of Prisons on or before 2:00 p.m. on
**July 30, 2007**. If there has been no designation made prior to the surrender
date, then the Defendant is to report to the above office of the United States Marshal by
2:00 p.m. on the surrender date.

20

21

    (4)    Any failure by Defendant to obey all requirements of this order shall be
punishable as a contempt.

22

23

    FAILURE TO APPEAR as required in this Order constitutes a separate offense, a
violation of Section 3146 of Title 18, United States Code, and is punishable by additional
imprisonment of up to five years.

24

25

26

27

Dated:

    **MAY 3 0 2007**

                                  United States District Judge

28

cc:    U.S. Marshal, AUSA, Defense Attorney, Defendant