MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CANDACE KELLY (CABN 191473)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: candace.kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>SALVATORE ASARO,<br><br>    Defendant. | No. CR 07-00048 MMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER DELAYING BRIEFING<br>SCHEDULE ~~BY ONE WEEK~~<br>AND CONTINUING HEARING DATE |

On October 31, 2012, the parties appeared before the Court for a status hearing on a Petition for Summons For Offender Under Supervision ("Form 12"). The Form 12 seeks to modify Mr. Asaro's conditions of supervised release to add a polygraph condition as part of his mental health treatment. The parties agreed to submit briefing materials to the Court in anticipation of a hearing on January 9, 2013 at 2:15. The parties stipulate and agree to delay the briefing schedule by one week. The parties believe that this change in the briefing schedule will not require a change in the hearing date as the Court will receive all of the briefing materials one week prior to the currently scheduled hearing date. The parties stipulate and agree to the following briefing schedule, subject to the

STIPULATION AND [PROPOSED] ORDER
CR 07-00048-MMC            1

Court's approval:

      Government's Opening Brief: November 28, 2012

      Defendant's Opposition: December 19, 2012

      Government's Reply: January 2, 2012

SO STIPULATED.


DATED: November 20, 2012              /s/
                                             CANDACE KELLY
                                             Assistant United States Attorney


DATED: November 20, 2012              /s/
                                             PAUL DE MEESTER
                                             Attorney for Salvatore Asaro


By stipulation of the parties, the briefing schedule regarding the modification of supervised release conditions in the above-captioned matter shall be delayed ~~by one week~~ as set forth above. The hearing date ~~will remain unchanged on January 9, 2012, at 2:15 p.m.~~ is continued from January 9, ~~2012~~ 2013 to January 16, ~~2012~~ 2013, at 2:15 p.m.

SO ORDERED.


DATED: November 26, 2012                *[signature]*
                                           MAXINE M. CHESNEY
                                           United States District Judge